IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 18–49–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TERESA JOLENE PAGE, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on February 13, 2019. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Teresa Jolene Page's guilty plea after Page appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of Fraud by Wire in

violation of 18 U.S.C. § 1343 (Count III) as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts I, II, and IV of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 34), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Teresa Jolene Page's motion to change plea (Doc. 27) is GRANTED and Teresa Jolene Page is adjudged guilty as charged in Count III of the Indictment.

DATED this 4th day of March, 2019.

*Dana L. Christensen, Chief District Judge*
*United States District Court*