IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–49–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TERESA JOLENE PAGE, | |
| Defendant. | |

Before the Court is Defendant's Unopposed Motion to File Past-Due Sentencing Letter (Doc. 43). It appears as though Defendant received the subject letter after the deadline for submission of letters in support. (Doc. 43 at 1.) Accordingly,

IT IS ORDERED that Defendant's Motion (Doc. 43) is GRANTED. Defendant shall file the letter in support no later than May 28, 2019.

DATED this 24th day of May, 2019.

Dana L. Christensen, Chief District Judge
United States District Court

-1-