IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| UNITED STATES OF AMERICA, | CR 18–49–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TERESA JOLENE PAGE, | |
| Defendant. | |

Before the Court is Defendant's Second Unopposed Motion to File Past-Due Sentencing Letters (Doc. 46). Defendant has continued to receive letters past the deadline for submission.

IT IS ORDERED that Defendant's Motion (Doc. 46) is GRANTED. The Court will consider the letters attached as exhibits 1 through 5 to Defendant's Motion.

DATED this 6th day of June, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-